# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Julie Hudgins,<br>    Plaintiff,<br><br>v.<br><br>The Stilwell Area Development Authority,<br>Bill Garrett, Ross Roye, and Marilyn<br>Hill-Russell,<br>    Defendants. | Case No. 16-CIV-308-RAW |

## ORDER

Before the court are the Defendants' Motions to Dismiss [Docket Nos. 10, 11]. The Defendants move the court to dismiss Plaintiff's claims, "for the reason that the Petition fails to state facts sufficient to support any plausible claims asserted against them." In the responses to the pending Motions to Dismiss, Plaintiff is directed, if so desired, to contemporaneously file an Amended Complaint providing additional factual averments which may vitiate Defendants' claims of insufficiency.

Dated this 3rd day of August, 2016.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA