IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Julie Hudgins,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>Stilwell Area Development Authority, et al.,<br><br>　　　　Defendant(s). | Case No. 16-CIV-308-RAW |

### ORDER

The court sets the following deadlines in this matter regarding Rule 26 Initial Disclosures and a Joint Status Report.  Requirements of Rule 26 of the Federal Rules of Civil Procedure are modified in part.  Counsel are to meet as soon as practicable to discuss the nature and basis of claims and defenses and the possibility of prompt settlement.

　　　1.　　Initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure are to be **exchanged and filed** with the Clerk of the Court by **August 31, 2016.**

　　　2.　　If appropriate, the parties are directed to **file** with the Clerk of the Court their disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure no later than **August 31, 2016.**

　　　3.　　The parties are directed to **file** with the Clerk of the Court a Joint Status Report no later than **August 31, 2016.**

　　　4.　　*Discovery may (and should) commence immediately*.

Attorneys shall make known to their clients the contents of the Report.  The "Joint Status Report" form is to be completed and filed with the Clerk of the Court.  Judge White's form for the report is available on the Court's website at www.oked.uscourts.gov.  **Please do *not* use**

*another's judge's form.*

Counsel <u>may</u> be allowed to opt out of attending a Status and Scheduling Conference, <u>**if**</u> the court concurs with counsel's agreement that a conference is not necessary. (See Section X of the Joint Status Report.)  **If a conference is to be held, it will be set by subsequent Minute Order.**

Dated this 10th   day of August, 2016.

_____
Honorable Ronald A. White
United States District Court Judge
Eastern District of Oklahoma