# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JULIE HUDGINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 16-CV-308-KEW |
| | ) |
| THE STILWELL AREA DEVELOPMENT AUTHORITY, | ) ) ) |
| | ) |
| BILL GARRETT, | ) |
| | ) |
| ROSS ROYE, and | ) |
| | ) |
| MARILYN HILL-RUSSELL, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Plaintiff, Julie Hudgins, pursuant to Fed.R.C.P. 41(a)(1)(A)(i) voluntarily dismisses without prejudice all claims asserted herein.

Dated: August 15, 2016

Respectfully submitted,

_s/ Kristopher E. Koepsel_
Kristopher E. Koepsel, OBA# 19147
Riggs Abney Neal Turpen Orbison & Lewis
502 West 6th Street
Tulsa, OK 74119-1016
918-587-3161
918-587-9708 Fax

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of August, 2016, I electronically transmitted the above and foregoing pleading to the Clerk of the Court using the ECF System for filing and a transmittal of a Notice of Electronic Filing to the following ECF registrants:

John J. Love
johnjlove@sbcglobal.net
Margaret McMorrow-Love
mcmorrowlove@sbcglobal.net
The Love Law Firm
*Attorneys for Defendants*
*Bill Garrett, Ross Roye, and Marilyn Hill-Russell*

                                          *s*/Kristopher E. Koepsel
                                          Kristopher E. Koepsel